```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MILAGROS SENIOR,

                    Plaintiff,

      - against -

CHASE EDWARDS GALLERIES INC.,

                    Defendant.

22-cv-8659 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to __1/13/23__. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by __1/27/23__. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York  
            December 19, 2022

                                            John G. Koeltl  
                                   United States District Judge